# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162278(68)

SAMER BAHNAM,
        Plaintiff-Appellee,
and

AMERICAN ANESTHESIA ASSOCIATES,
LLC, SPINE SPECIALISTS OF MICHIGAN,
PC, and ADVANCED SURGERY CENTER,
LLC,
        Intervening Plaintiffs,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
        Defendant-Appellant,
and

LISA LYNN GROSS,
        Defendant.
_____/

SC: 162278
COA: 347638
Macomb CC: 2017-003983-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer submitted on January 29, 2021, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021

Clerk